SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Souphy Thonchai,<br><br>　　　　Defendants | Case No.: CIV.S 09-cv-02673-JAM-DAD<br><br>**STIPULATED DISMISSAL AND ORDER**<br>**FRCP 41 (a)(1)**<br><br>Complaint Filed:  SEPTEMBER 24, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed **WITHOUT** prejudice pursuant to FRCP 41 (a)(1).

PDF created with pdfFactory trial version www.pdffactory.com


| | | |
|---|---|---|
| 1 | Dated: October 29, 2010 | AVELINO LAW FIRM |
| 2 | | |
| 3 | | /s/ Kenneth A. Avelino |
| 4 | | KENNETH AVELINO, |
| 5 | | Attorneys for Defendants, |
| 6 | | Souphy Thonchai |
| 7 | | |
| 8 | | |
| 9 | Dated: October 28, 2010 | DISABLED ACCESS PREVENTS |
| 10 | | INJURY, INC. |
| 11 | | |
| 12 | | /s/Scott N. Johnson |
| 13 | | SCOTT N. JOHNSON, Attorney for Plaintiff |

**IT IS ORDERED** that this action is hereby dismissed **WITHOUT** prejudice pursuant to FRCP 41 (a)(1).

Dated: November 1, 2010            /s/ John A. Mendez
                                   U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com